```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/17/24
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x
MALLUK,

                Plaintiff,

      -against-                                  24-cv-4321-LAK-VF

TOWNSQUARE MEDIA, INC.,

                Defendant.
------------------------------------- x

**ORDER**

LEWIS A. KAPLAN, *District Judge.*

      The Court having been advised that all claims asserted herein have been settled, it is ORDERED, that the above-entitled action be, and hereby is, dismissed with prejudice but without costs; provided, however, that if the settlement is not consummated within thirty days of this order, any party may apply by letter within the thirty-day period for restoration of the action to the calendar of the undersigned, in which event the action will be restored. Any pending motions are moot.

      SO ORDERED.

Dated:      December 17, 2024

                                                  Lewis A. Kaplan
                                             United States District Judge